# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JI YOUNG RHO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Ill. State Court No. 2020 L 012756 |
| | ) | |
| HILTON WORLDWIDE HOLDINGS Inc. d/b/a CONRAD HOTELS & RESORTS, and CONRAD HOTELS & RESORTS, INC. | ) ) ) ) ) | Federal Court No: 1:21-cv-00667 |
| Defendants. | ) | |

## NOTICE OF REMOVAL

NOW COMES the Defendants, HILTON WORLDWIDE HOLDINGS Inc. d/b/a CONRAD HOTELS & RESORTS, and CONRAD HOTELS & RESORTS, INC. (hereinafter "CONRAD HOTEL"), by its attorneys, PATTON & RYAN LLC, and pursuant to 28 U.S.C § 1446, hereby petitions this Court for removal based on 28 U.S.C §§ 1332 and 1446. In support of this Notice, Defendant respectfully states as follows:

## INTRODUCTION

1. On December 1, 2020, an action was commenced in the Cook County Circuit Court, entitled JI YOUNG RHO, Plaintiff, versus CONRAD HOTEL Defendant, Case Number **2020 L 012756** (hereinafter referred as the "Action"). The Complaint is attached hereto as **Exhibit "A."**

2. The Affidavit of Service was filed with the Court on January 6, 2021. The filing of this Notice falls within the (30) period after Defendants were served.

## BASIS FOR REMOVAL

1. Under the general diversity statute, a corporation is deemed to be a citizen of any state in which it has been incorporated and of the state in which it has its principal place of business. *See* 28 U.S.C. §1332(c)(1).

2. Defendant Conrad Hotel is a foreign corporation organized under the laws of the State of Delaware, with its principal place of business located in 7930 Jones Branch Drive Suite 1100 McLean, VA 22102.

3. Upon information and belief, Plaintiff is domiciled in Northbrook, Illinois, which is located in Cook County, Illinois, and therefore, is a citizen of the State of Illinois.

4. Upon information and belief, Plaintiff's damages are in excess of $75,000.00.

5. Because the Action is between citizens of different states and because the Action exceeds $75,000, this Court has original jurisdiction under 28 U.S.C. §1332.

6. Because this Court has original jurisdiction, this matter should be properly removed pursuant to 28 U.S.C. §1441.

7. Venue is proper in the Northern District of Illinois, Eastern Division, because this District embraces the place where the removed action was originally filed per 28 U.S.C. §1441.

8. Defendant consents to the removal of this matter to the Northern District of Illinois.

WHEREFORE, Defendant, COSTCO WHOLESALE CORPORATION, respectfully requests that this matter be removed from the Cook County Circuit Court, State of Illinois, to the United States District Court, Northern District of Illinois, Eastern Division.

RESPECTFULLY SUBMITTED,

**PATTON & RYAN LLC**

By: /s/ *Mary E. McClellan*

One of the attorneys for Defendant

John W. Patton, Jr.
Mary McClellan
Ilse I. Magana
PATTON & RYAN LLC
330 North Wabash Avenue, Suite 3800
Chicago, Illinois 60611
Phone: (312) 261-5160
Fax: (312) 261-5161
imagana@pattonryan.com