IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JI YOUNG RHO, ) <br> ) <br> *Plaintiff*, ) <br> ) Case No. 1:21CV667 <br> v. ) <br> ) <br> HILTON WORLDWIDE ) <br> HOLDINGS INC., ) <br> ) <br> *Defendant*. ) <br> ) | |

## JOINT MOTION TO REMAND

Defendant Hilton Worldwide Holdings Inc. ("Hilton"), with the consent of Plaintiff Ji Young Rho ("Rho"), pursuant to 28 U.S.C. § 1447, moves to remand this action to the Circuit Court of Cook County, Illinois, Law Division. The parties agree that the 30-day period for removal expired before Hilton filed its notice of removal. Accordingly, the parties ask the Court to remand this case for further proceedings.

Dated: February 9, 2021

Respectfully submitted,
HILTON WORLDWIDE HOLDINGS INC.
*By Counsel*

  /s/  Ilse Magana
Ilse Magana
PATTON & RYAN
330 North Wabash Avenue, Suite 3800
Chicago, IL 60611
imagana@pattonryan.com

*Counsel for Defendant*

1

## **CERTIFICATE OF SERVICE**

I certify that, on February 9, 2021, I caused a copy of the foregoing to be filed on CM/ECF which will send notification to all counsel of record. I further certify that, on February 9, 2021, I caused a copy of the foregoing to be sent via e-mail to the following:

James Bonebrake
Patterson Law Firm
200 West Monroe Street, Suite 2025
Chicago, IL 60606
jbonebrake@pattersonlawfirm.com

*Counsel for Plaintiff*

                                                    /s/   Ilse Magana